UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4035
_____

UNITED STATES OF AMERICA

v.

MARCUS WHITE,
                    Appellant
_____

On Appeal from the United States District Court for the Eastern District of Pennsylvania
(D.C. No. 2-10-cr-00420-001)
District Judge: Honorable Petrese B. Tucker
_____

Submitted Under Third Circuit LAR 34.1(a)
November 15, 2012

Before: SCIRICA, FISHER, and JORDAN, Circuit Judges.
_____

ORDER AMENDING OPINION OF THE COURT
_____


        Upon consideration of Appellant's Motion to Clarify the Court's Opinion, it is
hereby ORDERED that the above-captioned opinion be amended as follows:

        Page 4, line 11 of the first full paragraph, "a .38 caliber handgun" shall be
changed to "a .357 caliber handgun".


                                        By the Court,

                                        s/ Kent A. Jordan
                                        Circuit Judge

Dated: April 29, 2015                   A True Copy:


                                        Marcia M. Waldron, Clerk

CJG/cc:       Joel D. Goldstein, Esq.

                Kenneth C. Edelin, Jr., Esq.